## STATE v KONDAK

Ohio Appeals, 9th Dist, Summit Co

No 2335.  Decided Dec 13, 1933

Ray B. Watters, Prosecuting Attorney, Akron, and Stephen J. Wozniak, Asst. Pros. Atty., Akron, for plaintiff in error.

Michael A. Fanelly, Akron, and Leo A. Freeman, Akron, for defendant in error.

For full opinion see 40 OLR 6; 189 NE 122; 46 Oh Ap 422.